# AFFIDAVIT OF OBLIGATION

# COMMERCIAL LIEN

### (This is a verified plain statement of fact)

RECEIVED

16 JAN 28  PM 12: 23

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Date: January 28, 2016

### Maxims:

1. All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.

2. Truth, as a valid statement of reality, is sovereign in commerce.

3. An unrebutted affidavit stands as truth in commerce.

4. An unrebutted affidavit is acted upon as the judgment in commerce.

5. Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves - and endow it with credibility by expressing it in their affidavit.

6. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

7. All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses. Hence, governments cannot exercise the power to expunge commercial processes.

8. The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of commercial Bonds against Public Hazard.

9. No Bond means no responsibility, means no power of Official signature, means no real corporate political power and means no privilege to operate statutes as the corporate vehicle.

10. The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

11. Municipal corporations, which include cities, counties, states and national governments, have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

12. In commerce, it is a felony for the Officer/Public Office to not receive and report a Claim to its Bonding Company – and it is a felony for the agent of a Bonding Company to not pay the Claim.

13. If a bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within (60) days, then it must pay the full face value of a defaulted Lien process at (90) days.

14. Except for a Jury, it is also a fatal offence for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

15. Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation – hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

16. A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

17. Governments cannot make unbounded rulings or statutes which control commerce, free-enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

18. It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully, outside of or without the Court.

19. An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

20. An official who impairs, debauches, voids or abridges an obligation of contract, or the effect of a commercial lien without proper cause, becomes a lien debtor – and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

21. It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only Lien Claimant or a Jury can dissolve a Commercial Lien.

**Notice to agent is notice to principal; notice to principal is notice to agent.**

**PUBLIC HAZARD BONDING OF CORPORATE AGENT**:  All officials are required by Federal, State and Municipal Law to provide the name, address and telephone number of their public hazard and malpractice bonding company, the policy number of the bond and if required, a copy of the policy describing the bonding coverage of their specific job performance.

Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official, personally, to secure their public oath and service of office.

## Parties:

## Lien Claimant:

Jeffrey-Allan: Kock/Lien Claimant as settler for Accounts.
c/o 9185 Sugar Street
West Des Moines, Iowa [50266-9998]
515-322-7924

## Lien Debtors:

POLK COUNTY SHERIFF: <u>BILL MCCARTHY.</u>
1985 NE 51st Pl
Des Moines, IA 50313

POLK COUNTY.
c/o BOARD OF SUPERVISORS
111 Court Ave # 300
Des Moines, IA 50309

POLK COUNTY BOARD OF SUPERVISORS: <u>TOM HOCKENSMITH, ANGELA CONNOLLY, ROBERT BROWNELL, STEVE VAN OORT, JOHN F. MAURO.</u>
111 Court Ave # 300
Des Moines, IA 50309

POLK COUNTY SHERIFF'S DEPARTMENT: (<u>ALL DEPUTIES AND EMPLOYEES IN THE SHERIFF'S DEPARTMENT.</u>)
1985 NE 51st Pl

Des Moines, IA 50313

POLK COUNTY AUDITOR: <u>JAMIE FITZGERALD.</u>
111 Court Ave # 315
Des Moines, IA 50309

POLK COUNTY ATTORNEY: <u>JOHN P. SARCONE (AND ALL ASSISTANT COUNTY</u>
<u>ATTORNEYS, INCLUDING ROGER J. KUHLE, CANDY MORGAN.)</u>
222 5th Ave
Des Moines, IA 50309

POLK COUNTY TREASURER: <u>MARY MALONEY.</u>
111 Court Ave
Des Moines, IA 50309

CITY OF DES MOINES.
400 Robert D Ray Drive
Second Floor
Des Moines, IA 50309

MAYOR OF DES MOINES: <u>T.M. FRANKLIN COWNIE</u>
400 Robert D Ray Drive
Second Floor
Des Moines, IA 50309

DES MOINES POLICE DEPARTMENT: <u>(THE CHIEF OF POLICE AND ALL SUBORDINATES.)</u>
25 E 1st Street
Des Moines, IA 50309

FIFTH THIRD BANK: **(EVERY BRANCH AND OFFICE WITHIN THE BANK INCLUDING**
<u>CHIEF EXECUTIVE OFFICER, CHIEF FINANCIAL OFFICER, ALL EXECUTIVES AND THEIR</u>
<u>ASSISTANTS AND ALL SUBORDINATES.)</u>
38 Fountain Square Plaza
Cincinnati, OH 45263

STEVENS RECOVERY OF IOWA, INC: <u>(ALL PRINCIPALS AND AGENTS.)</u>
14208 NE 14th St
Alleman, IA 50007

USA RECOVERY SOLUTIONS:  (ALL PRINCIPALS AND AGENTS.)
4950 Hillsdale Cir
El Dorado Hills
CA  95762-5714

ADESA: ALL PRINCIPALS AND AGENTS
1800 SE Gateway Dr
Grimes, IA 50111

STATE OF IOWA.
c/o GOVERNOR OF IOWA
1007 E Grand Ave
Des Moines, IA 50319

GOVERNOR OF IOWA:  TERRY BRANSTAD.
1007 E Grand Ave
Des Moines, IA 50319

IOWA STATE ATTORNEY GENERAL:  TOM MILLER.
1305 E Walnut St
Des Moines, IA 50319

IOWA SECTRETARY OF STATE:  PAUL D. PATE JR..
1007 E Grand Ave #105
Des Moines, IA 50319

IOWA STATE TREASURER: MICHAEL L. FITZGERALD.
1007 E Grand Ave #105
Des Moines, IA 50319

IOWA DEPARTMENT OF TRANSPORTATION: (ALL OF THE OFFICERS AND
ASSISTANTS.)
800 Lincoln Way
Ames, IA, 50319

IOWA STATE PATROL:  (ALL PRINCIPALS AND AGENTS)
215 E 7th St
Des Moines, IA 50319

IOWA SUPREME COURT: (ALL OF THE JUSTICES AND THEIR ASSISTANTS.)
1111 E Court Ave
Des Moines, IA 50319

IOWA APPELLATE COURT: (ALL OF THE JUDGES AND THEIR ASSISTANTS.)
1111 E Court Ave
Des Moines, IA 50319

IOWA DISTRICT COURT: (ALL OF THE JUDGES INCLUDING MARTHA MERTZ AND RICHARD CLOGG AND THEIR ASSISTANTS.)
1111 E Court Ave
Des Moines, IA 50319

INTERNAL REVENUE SERVICE.
1111 Constitution Ave NW #5480
Washington, DC 20224

INTERNAL REVENUE SERVICE CRIMINAL INVESTIGATION DIVISION.
1111 Constitution Ave., NW
Washington, DC

FEDERAL BUREAU OF INVESTIGATION.
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

UNITED STATES.
c/o THE CONGRESS OF THE UNITED STATES
UNITED STATES CAPITOL
Washington, DC 20510

PRESIDENT OF THE UNITED STATES.
1600 Pennsylvania Avenue NW
Washington, DC 20500

UNITED STATE ATTORNEY GENERAL LORETTA LYNCH.
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

UNITED STATES SECRETARY OF STATE: <u>JOHN KERRY.</u>
U.S. DEPARTMENT OF STATE
2201 C Street NW
Washington, DC 20520

UNITED STATES DEPARTMENT OF TRANSPORTATION.
1200 New Jersey Avenue, SE
Washington, DC 20590

UNITED STATES DEPARTMENT OF THE TREASURY.
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

UNITED STATES SECRETARY OF THE DEPARTMENT OF THE TREASURY: <u>JACOB LEW</u>
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

FEDERAL RESERVE.
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue N.W.
Washington, D.C. 20551

AMERICAN BAR ASSOCATION: <u>(ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.)</u>
1050 Connecticut Ave NW #400
Washington, DC 20036

IOWA BAR ASSOCATION: <u>(ALL LICENSED BAR ATTORNEYS AND ASSISTANTS.)</u>
625 E Court Ave
Des Moines, IA 50309

## Allegations:

The entities, Agents and Individuals that are listed above by their **own records prove that they** are guilty of <u>Title 15 USC 1&2, Title 18 USC 241, Title 18 USC 242, Title 18 USC 474, Title 18 USC 504, Title 18 USC 472, Title 18 USC 473, Title 18 USC 475 **and Title 42 USC 1983**.</u>

I am seeking "<u>JUSTICE</u>" from these Corporate Entities, Agents and Individuals.

## Statement of Facts

1. I, Jeffrey-Allan of the Family: Kock, have had my property taken. Any documents referenced below may be found in an affidavit recorded in Bernalillo county, New Mexico, Doc# 2014058789 on 07/25/2014 at 05:03 PM.

2. On May 9th, 2012, a Security Agreement was filed in the office of the Polk county recorder (File number 2012-00086126, book 14265, page 8-12 at 10:20:54 AM) between debtor JENAE ELIZABETH KOCK, A.K.A JENAE ELIZABETH HALSTEAD and secured party the UNCLE COCONUT TRUST (Financial Industry Number Standard 347336), of which I am the sole beneficiary of. The collateral in the security agreement is the following vehicle:
   2007 GMC YUKON SLT<br>COLOR: BLACK<br>VIN# 1GKFK13077J150363

3. On May 14, 2012 public notice of the security agreement in the form of a UCC1 financing statement was filed at the OFFICE OF SECRETARY OF STATE OF IOWA, file number P12004167-3 at 12:50PM., perfecting the equitable interest and giving notice of a maritime lien in the amount of $100,000.00 on the collateral.

4. On May 15th, 2012 I issued a letter on behalf of the UNCLE COCONUT TRUST notifying the debtor, JENAE HALSTEAD that the vehicle (collateral) was in my possession, thus further perfecting the TRUST'S Security interest.

5. On May 31st, 2012, a Notice to Public Officials of Filing of Perfected Interest was mailed to Bill McCarthy, OCCUPANT OF OFFICE OF POLK COUNTY SHERIFF, Paul Trombino, OCCUPANT OF OFFICE OF DIRECTOR OF IOWA DEPARTMENT OF TRANSPORTATION, Judy A Bradshaw, OCCUPANT OF OFFICE OF POLICE CHIEF OF DES MOINES, Larry Richards, OCCUPANT OF OFFICE OF INTERIM POLICE CHIEF OF WEST DES MOINES and Patrick J Hoye, OCCUPANT OF OFFICE OF COLONEL, CHIEF OF THE IOWA STATE PATROL. These letters were sent standard mail.

6. On May 31st, 2012 a letter titled "NOTICE OF FILING OF PERFECTED INTEREST" was sent Certified mail (#7010 0290 0000 6893 7079) to Daniel T Poston, OCCUPANT OF OFFICE OF CHIEF FINANCIAL OFFICER of FIFTH THIRD BANK.

7. On July 18th, 2012 I attempted to acquire title from the State of Iowa Vehicle Division in the Polk County Administration building at 111 Court Avenue, Des Moines, Iowa. I was denied title after presenting his copies of the security agreement and filed UCC1 financing statement (exhibits A and B), and referred to Roger J Kuhle in room 340 of the same building. Roger J Kuhle stated that vehicle titles are governed by Iowa Code 321.50, and also referred me to Iowa Codes 554.9109(3)(b) as well as 554.9311(1)(b). I left the building without title to the vehicle.

8. On the morning of August 7th, 2012 I discovered that the above-noted vehicle, my property, (also collateral in above-noted security agreement) was gone.

9. Upon discovery that the collateral was missing from 1326 57th Street, Des Moines, Iowa, I called Des Moines Police. I was notified that the vehicle was repossessed by STEVENS RECOVERY as stated by the Des Moines Police telephone operator. **Officer M Delaney #4913 made a** personal trip to speak with me at 1326 57th Street, Des Moines and stated that the Des Moines Police were "not going to touch this case." I was not permitted to file a complaint or report.

10. On August 7th, 2012 an amendment to the first security agreement was filed at the OFFICE OF POLK COUNTY RECORDER (File #2013-00012028, book 14384 page 688-692 at 11:58:10 AM).

11. On August 7th, 2012 A subsequent public notice in the form of a UCC1 Financing statement was filed at the OFFICE OF SECRETARY OF STATE OF IOWA (file number P12006285-5 at 1:21 PM.).

12. On August 7th, 2012, a public notice in the form of a UCC1 financing statement was filed in Washington DC (file number 2012084351 at 3:46 PM). **This UCC filing is also a NOTICE OF MARITIME LIEN**.

13. On August 7th, 2012 Daniel T Poston, then OCCUPANT OF OFFICE OF CHIEF FINANCIAL OFFICER for FIFTH THIRD BANK was sent a NOTICE AND DEMAND FOR RETURN OF VEHICLE AND TITLE TO VEHICLE(certified mail #7010 0290 0000 6893 7031). Daniel T Poston remained silent.

14. On August 7th, 2012, while removing private property in the vehicle, I received a document titled "ORDER TO REPOSSESS" from an employee of STEVENS RECOVERY. I believe his name was "Dean". The file notes on the document state: "BANKRUPT ACCOUNT, GRAB AND GO, DO NOT ATTEMPT TO CONTACT ACCOUNT HOLDERS". **This document is not signed by a judge.**

15. On or about August 11th, 2012 I spoke in person with Deputy Dan Charleston about the matter. I asked Dan Charleston the location of the Sheriff so that he could be served Notice personally. Deputy Charleston was unable to provide the location of the Sheriff.

16. On or about August 16th the Polk County Sheriff, Bill McCarthy, was noticed with a NOTICE AND DEMAND TO PRODUCE WARRANT OF DISTRAINT. The Notice was given to Tammy Morton, the Secretary of the Sheriff at 1985 Northeast 51st Place, Des Moines, Iowa. She stated over a phone call she was authorized to accept papers for the Sheriff.

17. On or about August 20th, I received a letter from Assistant Polk County Attorney Roger J Kuhle.

18. On or about August 20th, 2012 The Polk County Sheriff, Bill McCarthy, was notified with a SECOND NOTICE AND DEMAND TO PRODUCE WARRANT OF DISTRAINT at 1985 Northeast 51st Place, Des Moines, Iowa. A person whom identified themselves as, I believe to be named "Chief Phillips" stated he was authorized to accept papers for the Sheriff.

19. I was visited by Detectives William Gaspar and Joe Haan at 1326 57th Street, in Des Moines. Specific date is unknown; however, I wish to give credit to the POLK COUNTY SHERIFF for this visit.

20. On or about August 23rd, 2012 the Polk County Sheriff, Bill McCarthy, was notified with a THIRD NOTICE AND DEMAND TO PRODUCE WARRANT OF DISTRAINT at 1985 Northeast 51st Place, Des Moines, Iowa. A person whom identified themselves, as I believe to be named "Major Brooks" stated she was authorized to accept papers for the Sheriff. No answer was received from the Sheriff.

21. On or about August 28th, 2012, I hand-delivered a SECOND NOTICE AND DEMAND FOR TITLE TO VEHICLE to Room 340 of 111 Court Avenue, Des Moines, Iowa. "Kelsi" stated she could accept it for Mr. Kuhle and that she was the one that sent the letter [referenced in 17. above] to me.

22. On or about August 31st, 2012 I received a letter from Roger J Kuhle.

23. A thorough search of the Iowa state UCC system has shown no evidence of a notice of lien/ security interest held by FIFTH THIRD BANK on this vehicle. A thorough search of the recorder's records has produced no evidence of lien held by FIFTH THIRD BANK on this vehicle. The UNCLE COCONUT TRUST or myself has not been either a plaintiff or defendant in court with FIFTH THIRD BANK. I believe there is no court order whatsoever regarding this vehicle in existence relative to this incident.

24. On September 4th, 2012, I attempted to secure title to the Vehicle at the Polk County Administration Building in Des Moines. I spoke with an employee at Booth 12 at approximately 12:20 PM with number T759 drawn. The employee indicated that the vehicle was transferred out of state. The employee asked for the title certificate from me, but I presented her with copies of two recorded security agreements evidencing a security interest held by the UNCLE COCONUT TRUST, and two UCC1 financing statements filed with the Secretary of State of Iowa and one with Washington DC (as referred to above). The employee was also presented with a completed APPLICATION FOR CERTIFICATE OF TITLE AND/ OR REGISTRATION and Iowa DOT form 411046wd APPLICATION FOR NOTATION OF SECURITY INTEREST from myself. The employee stated that she could not give title as I did not have the actual certificate of title. I asked to see the application for the "alleged" lien holder (FIFTH THIRD BANK) to see who had signed under penalty of perjury that there is a lien on the vehicle. The employee brought back a copy and folded it so I could not see who signed it. A supervisor, herein "Jane Doe", came to booth 12 and that supervisor stated I could not see who signed as the Federal Privacy Act of 1974 prevented me from seeing this information. A subsequent argument about law ensued between myself and the two employees and I asked for their names so I could include them in an affidavit. Both refused. I asked them if he should just refer to them both as the employees who helped me, ticket holder T759, at 12:20 in booth 12 on September 4th and the supervisor stated "yes." I believe that public employees have an obligation to identify themselves as I have a right to know who I am dealing with in the public.

25. On or about the afternoon of September 4th, 2012 I hand-delivered to room 340 of the Polk County Building a THIRD NOTICE AND DEMAND FOR TITLE TO VEHICLE. "Bonnie" stated she was able to give the papers to Mr. Kuhle. No answer was received from Roger J Kuhle.

26. On or about the morning of September 10th, 2012, I requested and received a certified copy of the Oath of office for Sheriff Bill McCarthy and Assistant Polk County Attorney Roger J Kuhle from Becky, an employee in the Office of the County Auditor. I asked for certified copies of the public servants bonds for both officials and no bonds were provided. Assistant County Attorneys Michael O'Meara and Roger J Kuhle were called to the office at the time of the visit from myself. I told them what was requested and I was told by these attorneys the request could be fulfilled later.

27. On the Afternoon of September 10th, 2012, I received a call from Roger J Kuhle asking where he would like his information mailed. I stated I was parking now at the Polk County Building and if it would be okay if I came to the office to get the information. I received a copy of Insurance policies Travelers Casualty and Surety Company of America Policy #105642212 and Starr Indemnity & Liability Company Policy #SISCPEL01841512 for Polk county from Roger J Kuhle and was told by Roger J Kuhle that this was the substitute for the public servants bonds that were requested by me.

28. On September 13th, 2012, A phone call was received by me from Polk County Auditor Jamie Fitzgerald. The phone call was relative to the bonds for the Polk County officials and the insurance policy that was given to me.

29. First NOTICE AND DEMAND, dated September 20th, 2012 was sent to Jamie Fitzgerald via certified mail # 7010 0290 0000 6893 6935.

30. An answer by Carl Weideraenders was received on September 25th, 2012 on behalf of Jamie Fitzgerald.

31. A SECOND NOTICE AND DEMAND, dated September 29th, 2012 was sent to Jamie Fitzgerald via certified mail # 7010 0290 0000 6893 6881.

32. Answer by Roger J Kuhle was received by me on October 2nd, 2012 on behalf of Jamie Fitzgerald.

33. October 3rd, around 10:40 AM, I went to 111 Court Avenue to get Copy of County Auditor's Oath of Office. It was not with the Polk County Treasurer. The supervisor in the office of the Treasurer (referenced in 24. above) sent me to see Becky in the County Auditor's Office. Becky stated she had "everyone's" oath of office. She gave me a certified copy of the Oath of Office signed by Jamie Fitzgerald. About 11:00 AM. I then spoke with Bob Cataldo in the Office of Risk Management, and asked for a copy of the Public servants bonds. Bob Cataldo asked to hear the story of why I would ask for this information, and I explained to him what had happened.

Bob Cataldo stated that there was only an insurance policy in existence that replaced the bonds and that the TRUST would be covered if a claim was made. I asked him how you could hold public officials accountable after going to court if public servants bonds do not exist as the offenders could still be holding office.

34. A THIRD NOTICE AND DEMAND, dated October 9th, 2012 was sent to Jamie Fitzgerald via certified mail # 7010 0290 0000 6893 6997. No answer was received for this letter.

35. SECOND NOTICE AND DEMAND FOR AUTHORITY, dated October 9th, 2012 was sent to Roger J Kuhle via certified mail # 7010 0290 0000 6893 7017. No answer to this letter was received.

36. First NOTICE AND DEMAND FOR AUTHORITY, dated October 9th, 2012 was sent to Carl Weideraenders via certified mail # 7010 0290 0000 6893 7055 for his authority to speak for County Auditor, Jamie Fitzgerald. No response was received for this letter.

37. A THIRD NOTICE AND DEMAND FOR AUTHORITY, dated October 22nd, 2012 was sent by certified mail (#7010 0290 0000 6893 6867) to Roger J Kuhle. No answer to this letter was received.

38. A copy of NOTICE OF INTENT TO SUE, dated January 10th, 2013 including a copy of an AFFIDAVIT OF DECLARATION was sent to Bill McCarthy (certified mail #7011 0110 0002 4309 9831), Roger J Kuhle (certified mail #7011 0110 0002 4309 9824) and Jamie Fitzgerald (certified mail # 7011 0110 0002 4309 9817).

39. On Tuesday March 18, 2014 I called Travelers Insurance and made an inquiry as to if the crime policy given to me by ROGER J KUHLE (#105642212) was a bond. I was given the telephone number to the underwriter of the policy, DeAnne Murray at 7101 Vista Drive in West Des Moines. DeAnne Murray stated it is not a bond, but a "dishonesty policy."

## Undisputed Conclusions

40. **FACT**: I, Jeffrey A Kock, have had my property, the above-referenced vehicle, stolen.

41. **FACT**: There is no evidence to support that a Warrant of Distraint was signed by a Federal Court Judge, and provided to the Polk County Sheriff, granting FIFTH THIRD BANK authority to take Affiant's property by and through USA RECOVERY SOLUTIONS and STEVENS RECOVERY.

42. **FACT**: Polk county, by and through its employees/ agents has stipulated that there was no lien to support the issuance of the Certificate of Title to the third party, FIFTH THIRD BANK.

43. **FACT**: The Polk county Sheriff failed in his duty to protect my property pursuant to the state and federal Constitutions.

44. **FACT**: The Sheriff failed because he failed to demand a Warrant of Distraint or Federal Court

Judgment granting the third party the authority to take **Affiant's property**.

45. **FACT**: The Polk County Sheriff failed to demand evidence that his constituent's due process rights were protected by way of a court order signed **by a sitting judge**.

46. **FACT**: The Polk County Sheriff has stipulated he is in violation of his Oath of Office, which grants the Affiant an opportunity to make a claim against the Sheriff's official Bond.

47. **FACT**: Polk County, by and through its employees, **has stipulated that the Sheriff** did not have an official bond/ Public hazard bond/ Public official's bond.

48. **FACT**: Assistant Polk County Attorney, Roger J Kuhle failed **to produce a copy of the lien that** he is relying upon in regards to the subject property.

49. **FACT**: Pursuant to the insurance policy that Polk **county relied upon for a blanket surety bond**, as provided to me by Assistant Polk County Attorney ROGER J KUHLE, **states on the** GOVERNMENT ENTITY CRIME ENDORSEMENT INCLUDING COVERAGE FOR TREASURERS AND TAX COLLECTORS, page 2 of 3, number 5.(D.)(DD.) the following:

"This **crime policy** will not apply to loss caused by **any Employee required by law to be** individually bonded."

**PROOF OF ALLEGATIONS:**

1. Prior to, and in Iowa District Court cases CVCV038405 (Dallas county) **and LACL130815 (Polk** county), and 15-0231 (Iowa Appellate Court), or at any time, have any of my affidavits relative to this case been rebutted by anyone?
   Yes or No
   **Answer**: [if no response, allegations are affirmed]

2. Did POLK COUNTY SHERIFF BILL MCCARTHY ever produce **my consent to the taking of my** property or a Warrant of Distraint used to take my property (the above-noted vehicle)?
   Yes or No
   **Answer**: [if no response, allegation is affirmed]

3. At the time of the taking of my property was Bill McCarthy **bonded in the office of POLK COUNTY** SHERIFF as required by Iowa code?  Yes or No
   **Answer**: [if no response, allegation is affirmed]

4. Has Bill McCarthy sworn an oath of office for POLK COUNTY SHERIFF **as required by Iowa code?** Yes or No
   **Answer**: [if no response, allegation is affirmed]

5. The Lien Claimant requires, Without Prejudice to me and my future wife and her future and future claims, return for value and immediate settlement, the initial amount of Five Hundred Billion US GOLD Dollars ($500,000,000,000.00), pursuant 12 USC 411, to be paid to Lien Claimant in value of substance.

    **Answer**: [if no response, allegation is affirmed]


**LEDGERING AND TRUE BILL:**

The ledger for this true bill is based on the face value of the Federal Reserve Banking System and the International Monetary Fund (IMF) against the Bonds that they hold on the Bonding Companies for all of these Entities, Agents and Individuals that are listed above as Lien Debtors.

**63C Am.Jur.2d, Public Officers and Employees, §247**

"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.

[1]Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people,

[2]and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts...

[3] and owes a fiduciary duty to the public...

[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U. S. 372] in the statute.

See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the

public ... and if he deliberately conceals material information from them, he is guilty of fraud.

McNally v United States 483 U.S. 350 (1987) [Emphasis added]

**SURETY:**

Any and all <u>Accounts, Bonds, Securities, Profits, Proceeds, Fixtures, Chattels</u> and <u>Assets</u> owned/ managed by the Bonding Companies under the control of The Federal Reserve Banking System and The International Monetary Fund (IMF) for these Corporate Entities, Agents and Individuals.

**CERTIFICATION:**

**Pursuant to 18 USC 3771 Crime Victim's Rights, I hereby request protection from the accused.**

I, Jeffrey-Allan, of the House & Family of Kock, a living breathing being, a Natural inhabitant of the Land, and who is of age of majority, and not a child, and who has not been found lost at sea, am competent in commerce to certify on my own unlimited commercial liability, that I have read the above Affidavit of Obligation, and do know the contents to be true, correct, complete and not misleading the truth, the whole truth and nothing but the truth, and do believe that the above described acts have been committed contrary to the law [see 18 USC 4 Misprision of Felony].

Date: 1/28/16

Seal

Jeffrey-Allan, of the House & Family of Kock

ALL RIGHTS RESERVED - ANTE BELLUM

As First Witness to the content of this Affidavit, and to the Living signature of Affiant, I attest to both as being true in material fact, and both were done without the intent to defraud, or to evade the truth, the whole truth, and nothing but the truth.



Seal                    Date: 1/28/2016

As Second Witness to the content of this Affidavit, and to the Living signature of Affiant, I attest to both as being true in material fact, and both were done without the intent to defraud, or to evade the truth, the whole truth, and nothing but the truth.

_Kaev McGan_ _____        Seal        Date: _1 / 28 / 16_

**CERTIFICATE OF SERVICE**

BE IT KNOWN TO ALL MEN, the Affiant shall make every attempt of service to the Principals, and to the agents listed as Lien Debtors, noting that **NOTICE TO AGENT IS NOTICE PRINCIPAL, and that, NOTICE TO PRINCIPAL IS NOTICE TO AGENT(S).** INASMUCH, the Affiant is NOT responsible for qualification of service to each Lien Debtor, as **AGENTS MUST NOTIFY PRINCIPALS, AND PRINCIPALS MUST NOTIFY AGENTS.** THIS INCLUDES BONDING AGENTS & ENTITIES CHARGED WITH THE SURETIES OF THEIR CLIENTS.